IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT PATRICK OLSON,

    Petitioner,

v.

GARY HAMBLIN, Secretary,
Wisconsin Department of Corrections,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-226-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Scott Patrick Olson for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice as barred by the governing statute of limitations.

_____       OCT 2 6 2012
Peter Oppeneer, Clerk of Court       Date